IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-1527-AP**

**In re: HEALTH TRIO, INC.**

          Debtor.

**HEALTH TRIO, INC.,**

          Appellant,

v.

**CENTENNIAL RIVER CORP, f/k/a Immedient corp.,**
**AXIOM SYSTEMS, INC, and**
**JOHNSON-LAIRD, INC.,**

          Appellees.

---

## ORDER

---

Kane, J.

      Consistent with the Status Report filed November 30, 2010, this case is **STAYED**.

The parties shall file an additional Status Report no later than February 1, 2011, or within 10

days of a ruling from the Tenth Circuit Court of Appeals, whichever date is earlier.

      Dated this 1st day of December, 2010.

                        BY THE COURT:

                        *s/John L. Kane*
                        John L. Kane, Senior Judge
                        United States District Court