IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-1527-AP**

**In re: HEALTH TRIO, INC.**

       Debtor.

**HEALTH TRIO, INC.,**

       Appellant,

v.

**CENTENNIAL RIVER CORP, f/k/a Immedient corp.,
AXIOM SYSTEMS, INC, and
JOHNSON-LAIRD, INC.,**

       Appellees.

---

## ORDER

Kane, J.

Consistent with the Status Report filed January 31, 2011, this case remains **STAYED**. The parties shall file an additional Status Report no later than May 1, 2011, or within 10 days following a ruling from the Tenth Circuit Court of Appeals, whichever comes first.

Dated this 3rd day of February, 2011.

                              BY THE COURT:

                              *s/John L. Kane*
                              John L. Kane, Senior Judge
                              United States District Court