IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-1527-AP**

**In re: HEALTH TRIO, INC.**

       Debtor.

**HEALTH TRIO, INC.,**

       Appellant,

v.

**CENTENNIAL RIVER CORP, f/k/a IMMEDIENT CORP.,
AXIOM SYSTEMS, INC, and
JOHNSON-LAIRD, INC.,**

       Appellees.

## ORDER GRANTING MOTION TO DISMISS APPEAL AS MOOT

Kane, J.

This matter is before the court on Appellant HealthTrio, Inc.'s Motion to Dismiss Appeal as Moot (doc. #18), filed January 30, 2014.  The Motion is **GRANTED**.  This bankruptcy appeal is **DISMISSED.**

Dated this 12th day of March, 2014.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          John L. Kane, Senior Judge
                                          United States District Court