IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-1527-AP

IN RE: Health Trio, Inc.

       Debtor(s)

Health Trio, Inc.

       Appellant

vs

Centennial River Corp., f/k/a Immedient Corp.,
Axiom Systems, Inc., and
Johnson-Laird, Inc.

       Appellees

---

# JUDGMENT

---

  Pursuant to and in accordance with the Order granting motion to dismiss appeal as entered by the Honorable John L. Kane, Judge, on 3/12/2014 it is hereby

  ORDERED that This bankruptcy appeal is DISMISSED.

  DATED at Denver, Colorado this 12th day of March, 2014.

       FOR THE COURT,

       JEFFREY P. COLWELL, Clerk

       By: s/T.Lee
         Deputy Clerk